UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60024-CIV-SEITZ/O'SULLIVAN

CHERYL WELLS AND JOHN SIM,

      Plaintiffs,

v.

WILLOW LAKE ESTATES, INC.,
CARL PEARSE, JEFF WINEGARDNER,
WEBBER, HINDEN, MCLEAN
& ARBEITER, and SHAWN ARBEITER,

      Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Motion for Award of

Attorney's Fees (DE # 36, 7/23/09).  Rule 7.1(C), Local Rules for the United States

District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of
> law no later than ten days after service of the motion as computed in the
> Federal Rules of Civil Procedure.  **Failure to do so may be deemed
> sufficient cause for granting the motion by default**.  (Emphasis
> supplied).

Having received no response from the plaintiffs, and a response having been

due, it is

ORDERED AND ADJUDGED that the plaintiffs shall file a response to  the

Defendants' Motion for Award of Attorney's Fees (DE # 36, 7/23/09) on or before

October 8, 2009.  The failure to file a response may result in a recommendation that

the Defendants' Motion for Award of Attorney's Fees (DE # 36, 7/23/09) be granted in

its entirety.

      DONE and ORDERED, in chambers, in Miami, Florida, this 24th day of

September, 2009.

                                 JOHN J. O'SULLIVAN
                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record

Copy sent by mail to:

Cheryl Wells and John Sim, Pro Se Plaintiffs
825 SW 80$_{th}$ Avenue
Ocala, Fl 34481